# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| MANUEL DURAN ORTEGA, | ) |
| Petitioner, | ) |
| v. | ) Case No. 4:19-cv-00527-LSC-JEO |
| JONATHAN HORTON, et al., | ) |
| Respondents. | ) |

## ORDER TO SHOW CAUSE

This is an action on a petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241 by Manuel Duran Ortega ("Petitioner"). Petitioner challenges the legality of his continued detention by federal immigration authorities pending his removal from the United States under the Immigration and Nationality Act, 8 U.S.C. § 1101 *et seq.* (*See* Doc. 1). *See also generally Zadvydas v. Davis*, 533 U.S. 678 (2001).[1] Petitioner has paid the filing fee.

It is hereby **ORDERED** that the respondents appear and **SHOW CAUSE** in writing, within **twenty-one (21) days** from the entry date of this Order, why the relief requested by Petitioner should not be granted.

---

[1] Petitioner contends his removal has been stayed pending the Board of Immigration Appeals' disposition of his claims, pursuant to a March 26, 2019, remand order from the Eleventh Circuit Court of Appeals. (Doc. 1 at 2; Doc. 1-1 at 13-22).

The Clerk is **DIRECTED** to serve a copy of this Order on counsel for Petitioner.

The Clerk is further **DIRECTED** to serve a copy of this Order and a copy the petition for writ of habeas corpus (**doc. 1**) on the United States Attorney for the Northern District of Alabama.

**DATED** this 5th day of April, 2019.

*/s/ John E. Ott*
_____
**JOHN E. OTT**
Chief United States Magistrate Judge