# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| MANUEL DURAN ORTEGA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:19-cv-00527-LSC-JEO |
| ) | |
| JONATHAN HORTON, et al., ) | |
| ) | |
| Respondents. ) | |

## ORDER

This is an action on a petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241 by Manuel Duran Ortega. The petitioner challenges the legality of his continued detention by federal immigration authorities pending his removal from the United States under the Immigration and Nationality Act, 8 U.S.C. § 1101 *et seq.;See also generally Zadvydas v. Davis*, 533 U.S. 678 (2001). On April 5, 2019, the undersigned entered an order requiring the respondents to appear and show cause why the relief requested by the petitioner should not be granted. The respondents submitted an answer and response on May 6, 2019.

The petitioner shall have **fifteen (15) days** from the date of this order to reply to the respondents' answer. Thereafter, the court will take the petition under

advisement for consideration of summary disposition in light of the respondents' answer and any reply submitted by the petitioner.

The Clerk is **DIRECTED** to serve a copy of this Order on counsel of record.

**DATED** this 15th day of May, 2019.

_____
**JOHN E. OTT**
Chief United States Magistrate Judge