UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MANUEL DURAN ORTEGA, | ) |
| Petitioner, | ) ) ) |
| v. | ) )  Case No.  4:19-cv-00527-LSC-JEO |
| JONATHAN HORTON, et al., | ) ) ) |
| Respondents. | ) |

### ORDER OF DISMISSAL

Pursuant to the JOINT STIPULATION OF VOLUNTARY DISMISSAL (doc. 16) filed by the parties, and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), it is **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.  Costs are taxed as paid.

The Clerk is **DIRECTED** to serve a copy of this order on counsel of record.

**DONE** AND **ORDERED** ON July 31, 2019.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704